IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDIE M. WILLIAMS<br><br>    v.<br><br>CVS CAREMARK CORPORATION, PENNSYLVANIA CVS PHARMACY, L.L.C., MARK STEPHANY, BEVERLY EICHMULLER, and JOHN MACNAIR | CIVIL ACTION<br><br>NO. 15-5773 |

**O R D E R**

**AND NOW**, this 19th day of July, 2016, for the reasons stated in the foregoing Memorandum, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF 21), and all responses and replies thereto, it is hereby **ORDERED** that Defendants' Motion for Partial Dismissal of Plaintiff's Amended Complaint is **GRANTED**. Count III of Plaintiff's Amended Complaint against Defendants is hereby **DISMISSED WITH PREJUDICE**.

BY THE COURT:

*/s/ Michael M. Baylson*
_____
**MICHAEL M. BAYLSON, U.S.D.J.**