**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EDDIE M. WILLIAMS**<br><br>          **v.**<br><br>**CVS CAREMARK CORPORATION, PENNSYLVANIA CVS PHARMACY, L.L.C., MARK STEPHANY, BEVERLY EICHMULLER, and JOHN MACNAIR** | **CIVIL ACTION**<br><br>**NO.  15-5773** |

## O R D E R

AND NOW, this 18th day of August, 2016, for the reasons stated in the foregoing Memorandum, upon consideration of Plaintiff's Motion to Compel and for Sanctions (ECF 20), and all responses and replies thereto, it is hereby **ORDERED** that:

1.      Plaintiff's Motion to Compel and for Sanctions is **DENIED**;

2.      Defendants are awarded sanctions in the form of attorney's fees and costs to the extent described in the accompanying Memorandum;

3.      By noon on August 31, 2016, Defendants shall **SUBMIT** to the Court their request for costs and fees incurred defending the motions to compel and for sanctions, with supporting data; and

4.      Plaintiff's counsel shall reply within fourteen (14) days, to show cause as to why she should not be sanctioned under 28 U.S.C. § 1927 for filing the Motion to Compel and for Sanctions.

BY THE COURT:

*/s/ Michael M. Baylson*
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 15\15-5773 williams v cvs\Order re Motion to Compel and for Sanctions.docx